# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

Linda Wong, Esq.
WONG FLEMING
821 Alexander Road, Suite 200
Princeton, New Jersey 08543
Tel: (609) 951-9520
Fax: (609) 951-0270
lwong@wongfleming.com

Laurel Pyke Malson (*pro hac vice*)
Aryeh S. Portnoy (*pro hac vice*)
Nathiya Nagendra (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
(202) 624-2576
lmalson@crowell.com
aportnoy@crowell.com
nnagendra@crowell.com

*Attorneys for The Trustees of Princeton University, a not-for-profit educational corp. of the State of New Jersey (incorrectly referenced in the Complaint as "Princeton University"), Michele Minter, Regan Hunt Crotty, Joyce Chen Shueh, Walter Wright, Cole M. Crittenden, Kathleen Deignan, W. Rochelle Calhoun, Jill S. Dolan, and Sarah-Jane Leslie*

| | |
|---|---|
| JOHN DOE,<br><br>        *Plaintiff*,<br><br>v.<br><br>PRINCETON UNIVERSITY, ET AL.,<br><br>        *Defendants.* | Civil Action No. 3:19-cv-07853 BRM-TJB<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

TO:  Adrienne D. Levy, Esq.
 Diana R. Zborovsky, Esq.
 Andrew T. Miltenberg, Esq. (*pro hac vice*)
 NESENOFF & MILTENBERG LLP
 363 Seventh Avenue
 New York, New York 10001
 (212) 736-4500
 alevy@nmllplaw.com
 dwarshow@nmllplaw.com
 amiltenberg@nmllplaw.com
 *Attorneys for Plaintiff John Doe*

**PLEASE TAKE NOTICE** that, on September 16, 2019, at 10:00 a.m. or at such other date and time as may be determined by the Court, the undersigned attorneys for Defendants The Trustees of Princeton University, a not-for-profit educational corporation of the State of New Jersey (incorrectly referenced in the Complaint as "Princeton University"), and Michele Minter, Regan Hunt Crotty, Joyce Chen Shueh, Walter Wright, Cole M. Crittenden, Kathleen Deignan, W. Rochelle Calhoun, Jill S. Dolan, and Sarah-Jane Leslie (the "Individual Defendants") (collectively referred to as "Defendants"), shall apply to the U.S. District Court for the District of New Jersey, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608 for an Order to Dismiss the Complaint of Plaintiff John Doe, pursuant to Fed. R. Civ. P. 12(b)(6).

Dated: July 10, 2019

WONG FLEMING

By: /s/ Linda Wong
    LINDA WONG

Laurel Pyke Malson (*pro hac vice*)
Aryeh S. Portnoy (*pro hac vice*)
Nathiya Nagendra (*pro hac vice*)
CROWELL & MORING LLP

*Attorneys for Defendants The Trustees of Princeton University, a not-for-profit educational corp. of the State of New Jersey (incorrectly referenced in the Complaint as "Princeton University"), Michele Minter, Regan Hunt Crotty, Joyce Chen Shueh, Walter Wright, Cole M. Crittenden, Kathleen Deignan, W. Rochelle Calhoun, Jill S. Dolan, and Sarah-Jane Leslie*