UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOHN DOE,

      *Plaintiff,*

v.

PRINCETON UNIVERSITY, ET AL.,

      *Defendants.*

Civil Action No. 3:19-cv-07853 BRM-TJB

## [PROPOSED] ORDER ON CONSENT MOTION TO SEAL PORTIONS OF EXHIBITS B, C, D, AND E (DKT. 19, 19-1, 19-2 and 19-3) TO THE CERTIFICATION OF LAUREL PYKE MALSON (DKT. 18-2)

This matter, having been brought before this Court by Defendants The Trustees of Princeton University ("Princeton" or "the University") and Michele Minter, Regan Hunt Crotty, Joyce Chen Shueh, Walter Wright, Cole M. Crittenden, Kathleen Deignan, W. Rochelle Calhoun, Jill S. Dolan, and Sarah-Jane Leslie (the "Individual Defendants") (collectively referred to as "Defendants"), and the Court having considered all documents submitted in connection with this motion, the Court hereby FINDS:

    (a) that the nature of the materials or proceedings at issue warrant redacting and sealing;

(b) that the Court's and the parties' legitimate private or public interests warrant the relief sought;

(c) that clearly defined and serious injury, specifically, disclosure of private, personal, and identifying information regarding current and former students and the potential compromise of Princeton's ability to protect its confidential sexual misconduct process, would result if the relief sought is not granted; and

(d) that no less restrictive alternative to the relief sought is available.

NOW, THEREFORE, the Court hereby ORDERS as follows:

1. The Consent Motion to Seal is hereby GRANTED.

**IT IS SO ORDERED.**

*[signature]*
Tonianne J. Bongiovanni
Magistrate Judge

Date: October 30, 2019

The clerk of the court is directed to terminate Docket Entry No. 20.