UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>  v.<br><br>PRINCETON UNIVERSITY, et al.,<br><br>    Defendants. | Case No. 3:19-CV-07853-BRM-TJB<br><br>**ORDER** |

  **THIS MATTER** is opened to this Court by Defendants Michele Minter, Regan Hunt Crotty, Joyce Chen Shueh, Walter Wright, Cole M. Crittenden, Kathleen Deignan, W. Rochelle Calhoun, Jill S. Dolan, Sarah-Jane Leslie (the "Individual Defendants") and the Trustees of Princeton University (the "University") (collectively, "Defendants") Motion to Dismiss Plaintiff John Doe ("Doe") Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 39.) Doe opposes the motion. (ECF No. 42.) Having reviewed the submissions filed in connection with the Motion and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause shown,

  **IT IS** on this 16th day of December 2020,

  **ORDERED** that Defendants' Motion to Dismiss (ECF No. 39) Count 3 (Common Law Due Process/Fundamental Fairness) is **DENIED** and it is further;

  **ORDERED** that Defendants' Motion to Dismiss (ECF No. 39) Count 4 (breach of contract) is **DENIED** and it is further;

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 39) Count 5 (breach of implied contract/quasi contract) is **DENIED** and it is further;

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 39) Count 6 (breach of implied covenant of good faith and fair dealing) is **DENIED** and it is further;

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 39) Count 7 (negligence) is **GRANTED** and it is finally;

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 39) Count 8 (respondeat superior) is **GRANTED.**

*/s/ Brian R. Martinotti*_____
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**