## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

JOHN DOE,

        Plaintiff,

        v.

PRINCETON UNIVERSITY, et al.,

        Defendants.

Case No. 3:19-CV-07853-BRM-TJB

**ORDER**

**THIS MATTER** is opened to this Court by Plaintiff John Doe ("Doe") seeking a Motion for Reconsideration (ECF No. 49) of the Court's February 28, 2020 Order and Opinion (ECF Nos. 31 and 32), which granted in part Michele Minter, Regan Hunt Crotty, Joyce Chen Shueh, Walter Wright, Cole M. Crittenden, Kathleen Deignan, W. Rochelle Calhoun, Jill S. Dolan, Sarah-Jane Leslie and the Trustees of Princeton University (the "University") (collectively, "Defendants") Motion to Dismiss (ECF No. 18). Defendants filed an opposition. (ECF No. 52.) Having reviewed the submissions filed in connection with the Motion and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause shown,

        **IT IS** on this 17th day of December 2020,

        **ORDERED** that Doe's Motion for Reconsideration (ECF No. 49) is **GRANTED** and it is finally;

**ORDERED** that the Court **VACATES** its prior dismissal of Doe's Title IX claims, specifically Count I and Count II.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**