Linda Wong, Esq.
WONG FLEMING
821 Alexander Road, Suite 200
Princeton, New Jersey 08543
Tel: (609) 951-9520
Fax: (609) 951-0270
lwong@wongfleming.com

Laurel Pyke Malson (*pro hac vice*)
Aryeh S. Portnoy (*pro hac vice*)
Amanda Shafer Berman (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
(202) 624-2576
lmalson@crowell.com
aportnoy@crowell.com
aberman@crowell.com

*Attorneys for The Trustees of Princeton University, a not-for-profit educational corp. of the State of New Jersey (incorrectly referenced in the Complaint as "Princeton University"), Michele Minter, Regan Hunt Crotty, Joyce Chen Shueh, Walter Wright, Cole M. Crittenden, Kathleen Deignan, W. Rochelle Calhoun, Jill S. Dolan, and Sarah-Jane Leslie*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>*Plaintiff*,<br><br>v.<br><br>PRINCETON UNIVERSITY, et al.,<br><br>*Defendants*. | Civil Action No. 3:19-cv-07853 BRM-TJB<br><br>**STIPULATION TO EXTEND ANSWER DEADLINE AND PROPOSED ORDER** |

## Stipulation to Extend Answer Deadline and Proposed Order

Defendant the Trustees of Princeton University[1] ("Princeton" or "the University") and Plaintiff John Doe hereby stipulate to extend the time for Princeton to file its Answer to the Amended Complaint until the later of February 2, 2021, or 14 days after the Court acts on Defendants' pending Motion for Clarification or Status Conference. The reasons for this Stipulation are as follows:

1. On December 16, 2020, the Court granted in part and denied in part Princeton's Motion to Dismiss the State Law Claims. ECF No. 55. Under Fed. R. Civ. P. 12(a)(4), Defendants therefore must answer the Amended Complaint by December 30, 2020.

2. On December 17, 2020, the Court granted Plaintiffs' Motion to Reconsider the Court's prior dismissal of Plaintiff's Title IX claims and vacated that dismissal. ECF No. 56 at 8. On December 18, Princeton moved the Court to clarify its grant of reconsideration or hold a status conference to address whether the University may submit either supplemental briefing in support of its prior Motion to Dismiss, addressing the Third Circuit decision that was the basis for the grant of reconsideration, or a Renewed Motion to Dismiss the Title IX claims. ECF No. 58. If the University may submit a renewed Motion to Dismiss the Title IX claims or supplement its prior Motion to Dismiss, then it would not answer in regard to those claims unless that

---

[1] The only claim against the individual Defendants named in the Amended Complaint was dismissed in the Court's December 16, 2020 Order granting in part and denying in part Plaintiffs' Motion to Dismiss the State Law Claims. *See* ECF No. 55 (dismissing Count 7, the negligence claim against the individual Defendants).

2

motion were denied. Thus, the scope of Defendants' Answer will depend on the outcome of the pending motion.

3. Defendants must coordinate with the University in order to answer the allegations in the 250-paragraph Amended Complaint (ECF No. 33-1), which will take more than the time currently remaining under Rule 12(a)(4), particularly given that many of Princeton's administrators are on leave over the holidays. Additional time to answer the Amended Complaint is warranted for this reason as well.

For the foregoing reasons, the parties hereby STIPULATE to extend the time to Answer the Amended Complaint until the later of February 2, 2021, or 14 days after the Court acts on the pending Motion for Clarification.

**Submitted by:**

/s/ Linda Wong
Linda Wong, Esq.
WONG FLEMING
821 Alexander Road, Suite 200
Princeton, NJ 08543-3663
Tel. (609) 951-9520
Fax (609) 951-0270
lwong@wongfleming.com

Laurel Pyke Malson, Esq. (*pro hac vice*)
Aryeh Portnoy, Esq. (*pro hac vice*)
Amanda Shafer Berman, Esq. (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: (202) 624-2576
LMalson@crowell.com
APortnoy@crowell.com
ABerman@crowell.com

*Attorneys for Defendants*

                                            <u>/s/ Adrienne Levy (with permission)</u>
                                            Adrienne Levy, Esq.
                                            Andrew T. Miltenberg, Esq.
                                            363 Seventh Avenue, Fifth Floor
                                            New York, New York 10001
                                            T. (212) 736-4500
                                            alevy@nmllplaw.com
                                            amiltenberg@nmllplaw.com

                                            *Attorneys for Plaintiff*


**IT IS SO ORDERED.**　　　　　　Entered this \_\_\_\_\_ day of December, 2020


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Hon. Brian Martinotti, District Judge

4