

LINDA WONG
Member of NJ, PA, NY, VA & DC Bars

lwong@wongfleming.com

April 26, 2021

**VIA ECF & ELECTRONIC MAIL**
Adrienne Levy, Esq.
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
alevy@nmllplaw.com

    Re:    **John Doe v. Princeton University, et al.,**
             **Civil Case No. 19-cv-07853 (BRM)(TJB)**

Dear Ms. Levy:

    This firm represents Defendant The Trustees of Princeton University, a not-for-profit education corporation of the State of New Jersey (incorrectly referenced in the Complaint as "Princeton University") ("Defendant") in the above referenced action. I am are confirming that on February 5, 2021, we served upon Plaintiff, Defendant's Renewed Motion to Dismiss the Title IX Claims in the Amended Complaint (*See* ECF No. 65-9). I have enclosed Defendant's Reply Brief in Support of Defendant's Renewed Motion to Dismiss Plaintiff's Title IX Claims for service upon Plaintiff. In accordance with the Court's Order, we will be filing our motion and reply and understand that you will also be simultaneously filing your opposition to the motion on today's date.

                                  Very truly yours,

                                  WONG FLEMING

                                */s/ Linda Wong*
                                Linda Wong

Enclosures
LW/dep

821 ALEXANDER ROAD, SUITE 200 ◆ P.O. BOX 3663 ◆ PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 ◆ FAX: (609) 951-0270
**WWW.WONGFLEMING.COM**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ ILLINOIS ◆ INDIANA ◆ MICHIGAN
NEW JERSEY ◆ NEW YORK ◆ PENNSYLVANIA ◆ TENNESSEE ◆ TEXAS ◆ WASHINGTON

ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED