# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**JOHN DOE,**

        Plaintiff,

    v.

**PRINCETON UNIVERSITY,** *et al.***,**

        Defendants.

Civil Action No. 19-7853 (ZNQ) (TJB)

**ORDER**

    **THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendants Princeton University, Michele Minter, Regan Hunt Crotty, Joyce Chen Shueh, Walter Wright, Cole M. Crittenden, Kathleen Deignan, W. Rochelle Calhoun, Jill S. Dolan, and Sarah-Jane Leslie, (collectively, "Defendants") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (ECF No. 73.) For the reasons set forth in the accompanying Opinion,

    **IT IS** on this **6th** day of **February 2023**,

    **ORDERED** that Defendants Motion to Dismiss (ECF No. 73) is hereby **DENIED**.

                          s/ Zahid N. Quraishi
                          **ZAHID N. QURAISHI**
                          **UNITED STATES DISTRICT JUDGE**