Linda Wong, Esq.
WONG FLEMING, P.C.
821 Alexander Road, Suite 200
Princeton, New Jersey 08543
(609) 951-9520
lwong@wongfleming.com

Laurel Pyke Malson (*pro hac vice*)
Aryeh S. Portnoy (*pro hac vice*)
Amanda Shafer Berman *(pro hac vice)*
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
(202) 624-2576
lmalson@crowell.com
aportnoy@crowell.com
aberman@crowell.com

*Attorneys for Defendants The Trustees of Princeton University, a not-for-profit educational corp. of the State of New Jersey (incorrectly referenced in the Complaint as "Princeton University"), Michele Minter, Regan Hunt Crotty, Joyce Chen Shueh, Walter Wright, Cole Crittenden, Kathleen Diegnan, W. Rochelle Calhoun, Jill S. Dolan, and Sarah-Jane Leslie*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>       Plaintiff,<br><br>v.<br><br>PRINCETON UNIVERSITY, ET AL.,<br><br>       Defendants. | Civil Action No.  3:19-cv-07853-ZNQ-TJB<br><br>**CONSENT ORDER FOR**<br>***PRO HAC VICE* ADMISSION OF**<br>**ELI BERNS-ZIEVE** |

This matter having come before the Court on the application for Consent Order for Admission *Pro Hac Vice* of Eli Berns-Zieve, and the Court having reviewed the moving papers and being otherwise sufficiently advised, for good cause shown, it is:

**ORDERED** that Eli Berns-Zieve be permitted to appear *pro hac vice*; provided that pursuant to D.N.J.L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify Eli Berns-Zieve of its receipt.  Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders; and it is further

**ORDERED** that Eli Berns-Zieve shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J.L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order; and it is further

**ORDERED** that Eli Berns-Zieve shall pay the $150.00 fee required by D.N.J.L. Civ. R. 101.1(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey within twenty (20) days of entry of this Order.  Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey, at the following address:

> United States District Court
> District of New Jersey
> Clarkson S. Fisher Building &
> U.S. Courthouse
> 402 East State Street
> Trenton, NJ  08608
> Attention:  *Pro Hac Vice* Admissions

and it is further

**ORDERED** that Applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of the Order to the Treasurer of New Jersey Lawyer's Fund for Client Protection within five (5) days of its date of entry.

<u>**s/ Tonianne J. Bongiovanni**</u>
**Tonianne J. Bongiovanni**
**United States Magistrate Judge**
**Dated: February 15, 2023**