Linda Wong, Esq.
WONG FLEMING, P.C.
821 Alexander Road, Suite 200
Princeton, New Jersey 08543
Tel: (609) 951-9520
Fax: (609) 951-0270
lwong@wongfleming.com

Laurel Pyke Malson (*pro hac vice*)
Aryeh S. Portnoy (*pro hac vice*)
Amanda Shafer Berman (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
(202) 624-2576
lmalson@crowell.com
aportnoy@crowell.com
aberman@crowell.com

*Attorneys for The Trustees of Princeton University, a not-for-profit educational corp. of the State of New Jersey (incorrectly referenced in the Complaint as "Princeton University"), Michele Minter, Regan Hunt Crotty, Joyce Chen Shueh, Walter Wright, Cole M. Crittenden, Kathleen Deignan, W. Rochelle Calhoun, Jill S. Dolan, and Sarah-Jane Leslie*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN DOE,<br><br>*Plaintiff*,<br><br>v.<br><br>PRINCETON UNIVERSITY, et al.,<br><br>*Defendants*. | Civil Action No. 3:19-cv-07853 BRM-TJB<br><br>**STIPULATION TO EXTEND TIME TO FILE ANSWER AND PROPOSED ORDER** |

Defendant the Trustees of Princeton University ("Princeton" or "the University") and Plaintiff John Doe hereby stipulate to extend the time for Princeton to file its Answer to the Amended Complaint until March 24, 2023. The reasons for this Stipulation are as follows:

DCACTIVE-56419036.8

1

1. On February 6, 2023, the Court denied Princeton's Renewed Motion to Dismiss the Title IX Claims in the Amended Complaint (ECF No. 88). Under Fed. R. Civ. P. 12(a)(4)(A), and Defendant was granted an extension, by stipulation of the parties, to March 14, 2023, to respond to the Amended Complaint.

2. Defendant has determined that it needs additional time to coordinate with the University in order to answer the allegations in the 250-paragraph Amended Complaint (ECF No. 33-1), under Rule 12(a)(4)(A).

For the foregoing reason, the parties hereby STIPULATE to extend the time to Answer the Amended Complaint for an additional 10 days, from March 14, 2023 to March 24, 2023.

**Submitted by:**                         /s/ Linda Wong
Linda Wong, Esq.
WONG FLEMING, P.C.
821 Alexander Road, Suite 200
Princeton, NJ  08543-3663
Tel. (609) 951-9520
Fax (609) 951-0270
lwong@wongfleming.com

Laurel Pyke Malson, Esq. (*pro hac vice*)
Aryeh Portnoy, Esq. (*pro hac vice*)
Amanda Shafer Berman, Esq. (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: (202) 624-2576
LMalson@crowell.com
APortnoy@crowell.com
ABerman@crowell.com
*Attorneys for Defendants*

                                                                  */s/ Andrew T. Miltenberg (with permission)*
                                                                  Andrew T. Miltenberg, Esq.
Diana Warshow, Esq.
363 Seventh Avenue, Fifth Floor
New York, New York 10001
T. (212) 736-4500
amiltenberg@nmllplaw.com
dwarshow@nmllplaw.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**                  Entered this _____ day of March, 2023

                                                                 _____
                                                                 Hon. Zahid N. Quraishi, District Judge