

LINDA WONG
Member of NJ, PA, NY, VA & DC Bars

lwong@wongfleming.com

March 28, 2023

**VIA ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  Re: **Doe v. Princeton University,**
     **Case No. 3:19-cv-07853-BRM-TJB**

Dear Judge Bongiovanni:

  This firm, together with Crowell & Moring LLP, represents Defendant the Trustees of Princeton University. We file this letter pursuant to the Court's March 13 order directing the parties to confer regarding the selection of a mediator and report back to the Court by this date.

  On March 22, counsel for Princeton provided a list of three proposed mediators to Plaintiff's counsel. On March 27, Plaintiff's counsel provided the name of one proposed mediator, and indicated that additional proposed names would be forthcoming. Counsel for Princeton intend to continue to engage with Plaintiff's counsel in the hopes that the parties can reach agreement on a mediator for this matter within the 14 days.

  Thank you for Your Honor's consideration in allowing us additional time to attempt to reach an agreement.

            Respectfully submitted,

            WONG FLEMING

            */s/ Linda Wong*
            Linda Wong

LW/ss
File No. 26090012
cc: All Interested Parties via ECF

821 ALEXANDER ROAD, SUITE 200 ⬥ P.O. BOX 3663 ⬥ PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 ⬥ FAX: (609) 951-0270
**WWW.WONGFLEMING.COM**

CALIFORNIA ⬥ FLORIDA ⬥ GEORGIA ⬥ ILLINOIS ⬥ INDIANA ⬥ MICHIGAN
NEW JERSEY ⬥ NEW YORK ⬥ PENNSYLVANIA ⬥ TENNESSEE ⬥ TEXAS ⬥ WASHINGTON

ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED

DCACTIVE-71924729.1