

LINDA WONG
Member of NJ, PA, NY, VA & DC Bars

lwong@wongfleming.com

April 12, 2023

**VIA ECF**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

     Re:    **Doe v. Princeton University**,
           **Case No. 3:19-cv-07853-BRM-TJB**

Dear Judge Bongiovanni:

     This firm, together with Crowell & Moring LLP, represents Defendant the Trustees of Princeton University. We file this letter pursuant to the Court's March 28 order (Dkt. No. 99) directing the parties to confer regarding the selection of a mediator and report back to the Court within 14 days.

     The parties have agreed to Judge Freda Wolfson (ret.) as the mediator in this case, subject to her availability, into which Plaintiff is inquiring.

     Thank you for Your Honor's consideration in this matter.

                Respectfully submitted,

                WONG FLEMING

                */s/ Linda Wong*
                Linda Wong

LW/ss
File No. 26090012
cc:    All Interested Parties via ECF

821 ALEXANDER ROAD, SUITE 200 ♦ P.O. BOX 3663 ♦ PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 ♦ FAX: (609) 951-0270
**WWW.WONGFLEMING.COM**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ ILLINOIS ♦ INDIANA ♦ MICHIGAN
NEW JERSEY ♦ NEW YORK ♦ PENNSYLVANIA ♦ TENNESSEE ♦ TEXAS ♦ WASHINGTON
ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED

DCACTIVE-71924729.1