

| | | | |
|---|---|---|---|
| Ira S. Nesenoff<br>Andrew T. Miltenberg<br>―――――――――<br>Stuart Bernstein<br>Tara J. Davis<br>Gabrielle M. Vinci | Barbara H. Trapasso<br>Adrienne D. Levy<br>Regina M. Federico<br>Ben Goldstein<br>Amy Zamir<br>Kristen Mohr<br>Helen Setton<br>Julie Sacks | Philip A. Byler<br>Diana R. Warshow<br>Kara L. Gorycki<br>Susan E. Stark<br>Janine L. Peress<br>*Senior Litigation Counsel*<br><br>Marybeth Sydor<br>*Title IX Consultant* | |

ATTORNEYS AT LAW
**nmllplaw.com**

July 21, 2023

**VIA PACER**
Honorable Tonianne J. Bongiovanni, U.S.M.J
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:   *Doe v. Princeton University, et al.*
              **Case No. 3:19-cv-07853-RK-TJB**

Dear Your Honor:

    Please be advised, the undersigned represents Plaintiff John Doe in the above-referenced matter. The undersigned writes jointly with counsel for Defendants to advise the court that the mediation held with Judge Freda Wolfson was unsuccessful and that counsel for the parties were unfortunately unable to resolve this matter through mediation.

    As such, we respectfully request for the Court to reinstate the case to resume litigation.

                                  Respectfully submitted,

                                  **NESENOFF & MILTENBERG, LLP**

                              By: */s/ Helen Setton*
                                   Hen Setton, Esq.

cc: Counsel of Record (Via ECF)

363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500

101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188

4 Palo Alto Square | 3000 El Camino Real | Suite 200 | Palo Alto, CA | 94306 | T: 650.209.7400