

# WONG·FLEMING
### ATTORNEYS AT LAW

LINDA WONG
Member of NJ, PA, NY, VA & DC Bars

lwong@wongfleming.com

August 17, 2023

So Ordered this 17th day
of August, 2023.
*[signature]*

**VIA ECF**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   **John Doe v. Princeton University, et al.,**
       **Civil Case No. 19-cv-07853 (BRM)(TJB)**

Dear Judge Bongiovanni:

This law firm, along with Crowell & Moring, LLP, represents Defendant, the Trustees of Princeton University, ("Princeton"), in the above-referenced matter. The parties' joint written status update and proposed discovery schedule is presently due on August 18, 2023. We write to respectfully request a two-week extension of time to submit the joint written status update and proposed discovery schedule to September 1, 2023. This extension is necessitated because of upcoming, previously scheduled vacations.

Plaintiff's counsel has consented to the request for an extension. Thank you for Your Honor's consideration of the foregoing.

> Respectfully,
>
> WONG FLEMING
>
> */s/ Linda Wong*
> Linda Wong

Enclosures
LW/ss

821 ALEXANDER ROAD, SUITE 200 • P.O. BOX 3663 • PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 • FAX: (609) 951-0270
WWW.WONGFLEMING.COM

CALIFORNIA • FLORIDA • GEORGIA • ILLINOIS • INDIANA • MICHIGAN
NEW JERSEY • NEW YORK • PENNSYLVANIA • TENNESSEE • TEXAS • WASHINGTON
ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED