

**NESENOFF & MILTENBERG**LLP

New York | Boston | Palo Alto

ATTORNEYS AT LAW

nmllplaw.com

Ira S. Nesenoff
Andrew T. Miltenberg
Stuart Bernstein

Tara J. Davis
Gabrielle M. Vinci
Christine Brown

Barbara H. Trapasso
Adrienne D. Levy
Regina M. Federico
Ben Goldstein
Amy Zamir
Kristen Mohr
Helen Setton
Jordan Tuchman

Kara L. Gorycki
Susan E. Stark
Julie Sacks
*Senior Litigation Counsel*

Marybeth Sydor
*Title IX Consultant*

February 14, 2024

**VIA EMAIL:** tjb_orders@njd.uscourts.gov
Honorable Tonianne J. Bongiovanni, U.S.M.J
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  Re:  ***Doe v. Princeton University, et al.***
     **Case No. 3:19-cv-07853-RK-TJB**

Dear Your Honor:

  Please be advised, the undersigned represents Plaintiff John Doe in the above-referenced matter. The undersigned writes jointly with counsel for Defendants to provide a status update.

  The mediation held with Judge Hochberg was unsuccessful and counsel for the parties will proceed to discovery in accordance with the following proposed discovery plan respectfully submitted pursuant to the Court's text order on January 16, 2024.

| | |
|---|---|
| Initial disclosure pursuant to Rule 26(a)(1) must be completed by: | March 13, 2024 |
| Initial requests for production of documents and for interrogatories must be served by: | May 16, 2024 |
| Telephonic Conference | June 12, 2024 at 10 AM |
| Non-expert depositions must be completed by: | July 31, 2024 |
| All fact discovery must be completed by: | August 30, 2024 |
| Initial expert disclosures: | September 30, 2024 |
| Rebuttal expert disclosures: | October 28, 2024 |
| Close of expert discovery: | November 6, 2024 |
| Deadline for dispositive motions | December 18, 2024 |
| Deadline for oppositions to dispositive motions | February 12, 2024 |
| Deadline for replies in support of dispositive motions | March 12, 2024 |

[Handwritten annotation: proposed dates to be addressed prior to filing (TJB)]

363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500
101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188
4 Palo Alto Square | 3000 El Camino Real | Suite 200 | Palo Alto, CA | 94306 | T: 650.209.7400

[Handwritten: So Ordered /s/ Tonianne J. Bongiovanni   February 15, 2024]



Respectfully submitted,

**NESENOFF & MILTENBERG, LLP**

By: */s/ Helen Setton*
    Helen Setton, Esq.

cc: Counsel of Record