

# WONG FLEMING
## ATTORNEYS AT LAW

LINDA WONG
Member of NJ, PA, NY, VA & DC Bars

lwong@wongfleming.com

June 6, 2024

**VIA ECF**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:   **John Doe v. Princeton University, et al.,**
              Civil Case No. 19-cv-07853 (RK)(TJB)

Dear Judge Bongiovanni:

    This law firm, along with Crowell & Moring, LLP, represents Defendant, the Trustees of Princeton University, and submit this joint letter in view of the parties' renewed settlement discussions. In view of our efforts, we are requesting a four week adjournment of the status conference currently scheduled for Wednesday, June 12, 2024 and a four week continuance of discovery deadlines, including Princeton's responses and objections to discovery which are due on Monday, June 17, 2024. Both parties have stipulated to this request.

    Thank you for Your Honor's consideration of the above.

                            Respectfully,

                            WONG FLEMING

                            */s/ Linda Wong*
                            Linda Wong

LW/ss

So Ordered this 11th day of June, 2024.

/s/ Tonianne J. Bongiovanni

**The Court directs the parties to submit a joint status update regarding settlement discussions and discovery to tjb_orders@njd.uscourts.gov no later than 07/12/2024.**

821 ALEXANDER ROAD, SUITE 200 ♦ P.O. BOX 3663 ♦ PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 ♦ FAX: (609) 951-0270
WWW.WONGFLEMING.COM

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ ILLINOIS ♦ INDIANA ♦ MICHIGAN
NEW JERSEY ♦ NEW YORK ♦ PENNSYLVANIA ♦ TENNESSEE ♦ TEXAS ♦ WASHINGTON
ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED