**WONG FLEMING**
ATTORNEYS AT LAW

LINDA WONG
Member of NJ, PA, NY, VA & DC Bars

lwong@wongfleming.com

September 12, 2024

**VIA ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  Re: **John Doe v. Princeton University, et al.,**
     **Civil Case No. 19-cv-07853 (RK)(TJB)**

Dear Judge Bongiovanni:

  This law firm, along with Crowell & Moring, LLP, represents Defendant, the Trustees of Princeton University, in the above-referenced matter. On August 16, 2024, the Court granted the parties' joint request for a four-week continuance of discovery deadlines in light of renewed settlement discussions, and ordered the parties to file a joint status update no later than September 13, 2024. *See* ECF 125.

  In response to the University's June 13 settlement offer, on September 11 Plaintiff sent a draft settlement agreement to the University, which the University is reviewing. The parties respectfully request that the Court extend the discovery stay by an additional four weeks to allow the settlement process to continue.

  Thank you for Your Honor's consideration.

            Respectfully,

            WONG FLEMING

            */s/ Linda Wong*
            Linda Wong

                SO ORDERED:

LW/ss
                s/Tonianne J. Bongiovanni
                HON. TONIANNE J. BONGIOVANNI
                United States Magistrate Judge
                Dated: September 13, 2024

**The Court directs the parties to submit a joint status update regarding settlement no later than 10/15/2024.**

821 ALEXANDER ROAD, SUITE 200 ⬥ P.O. BOX 3663 ⬥ PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 ⬥ FAX: (609) 951-0270
**WWW.WONGFLEMING.COM**

CALIFORNIA ⬥ FLORIDA ⬥ GEORGIA ⬥ ILLINOIS ⬥ INDIANA ⬥ MICHIGAN
NEW JERSEY ⬥ NEW YORK ⬥ PENNSYLVANIA ⬥ TENNESSEE ⬥ TEXAS ⬥ WASHINGTON
ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED