UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>   *Plaintiff,*<br><br>  v.<br><br>PRINCETON UNIVERSITY, et al.,<br><br>   *Defendants.* | Civil Action No. 3:19-cv-07853 RK-TJB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), by and through undersigned counsel, Plaintiff John Doe and Defendant The Trustees of Princeton University hereby stipulate to the dismissal with prejudice of all claims asserted by John Doe against The Trustees of Princeton University, with each party to bear its own costs and fees.

Dated: December 12, 2024

        By: */s/ Andrew Miltenberg*
        Andrew T. Miltenberg, Esq.
        Helen Setton, Esq.
        363 Seventh Avenue, Fifth Floor
        New York, New York 10001
        Tel: (212) 736-4500
        amiltenberg@nmllplaw.com
        hsetton@nmllplaw.com

        *Attorneys for Plaintiff*

        By: */s/ Linda Wong*
        Linda Wong, Esq.
        WONG FLEMING, P.C.
        821 Alexander Road, Suite 200
        Princeton, New Jersey 08543
        Tel: (609) 951-9520
        Fax: (609) 951-0270
        lwong@wongfleming.com

        Amanda Shafer Berman, Esq. (*pro hac vice*)
        CROWELL & MORING LLP

1001 Pennsylvania Ave., NW
Washington, D.C. 20004
Tel: (202) 624-2576
aberman@crowell.com

*Attorneys for Defendants*

**It IS SO ORDERED.**              Entered this _____ day of December, 2024


_____
The Hon. Robert Kirsch, District Judge