UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>*Plaintiff,*<br><br>v.<br><br>PRINCETON UNIVERSITY, et al.,<br><br>*Defendants.* | Civil Action No. 3:19-cv-07853 RK-TJB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), by and through undersigned counsel, Plaintiff John Doe and Defendant The Trustees of Princeton University hereby stipulate to the dismissal with prejudice of all claims asserted by John Doe against The Trustees of Princeton University, with each party to bear its own costs and fees.

Dated: December 12, 2024

By: */s/ Andrew Miltenberg*
Andrew T. Miltenberg, Esq.
Helen Setton, Esq.
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Tel: (212) 736-4500
amiltenberg@nmllplaw.com
hsetton@nmllplaw.com

*Attorneys for Plaintiff*

By: */s/ Linda Wong*
Linda Wong, Esq.
WONG FLEMING, P.C.
821 Alexander Road, Suite 200
Princeton, New Jersey 08543
Tel: (609) 951-9520
Fax: (609) 951-0270
lwong@wongfleming.com

Amanda Shafer Berman, Esq. (*pro hac vice*)
CROWELL & MORING LLP

1

1001 Pennsylvania Ave., NW
Washington, D.C. 20004
Tel: (202) 624-2576
aberman@crowell.com

*Attorneys for Defendants*

**It IS SO ORDERED.**   Entered this 17th day of December, 2024

_____
The Hon. Robert Kirsch, District Judge